# AFFIDAVIT OF PERSONAL SERVICE

James Breeden v. NYC et al
Index: 18-CV-5048

STATE OF NEW YORK )
                                ) SS.:
COUNTY OF NEW YORK )

I, MALCOLM ANDERSON, the undersigned, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

On September 10, 2018, at 100 Church Street, New York, NY 10007, I served the within:

**SUMMONS AND COMPLAINT**

Upon Defendants New York City by personally delivering and leaving same with Betty Mazyck, a clerk authorized to accept service of same.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time of the circumstances of the service as follows:

Sex: Female; Color: Black; Hair: Black/Grey; Approx. Age: 50; Approx. Height: 5'6; Approx. Weight: 190

_____
Malcolm Anderson

Sworn to before me on this
10th day of September 2018

_____
Notary Public

**DUNCAN PETERSON**
Notary Public, State of New York
No. 02PE6212843
Qualified in New York County
Commission Expires Oct; 26 2018
Dec 17, 2021